

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00033-CV

City of Pharr, Texas
v.
Heriberto De Leon

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Court Cause No. C-2518-18-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against 50% against appellant and 50% against appellee. However, no costs are assessed to appellant as appellant is exempt from payment.

We further order this decision certified below for observance.

December 14, 2023